UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


THE PLAZA BEACH MOTEL, LLC, a
Florida limited liability company;
UNDERTOW BEACH BAR – ST.
PETE BEACH, INC., a Florida
corporation,

        Plaintiffs,

                          CASE NO. 8:26-cv-01936

v.

CITY OF ST. PETE BEACH,
FLORIDA, a municipality,

        Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, City of St. Pete Beach, Florida, (the "City") by and through the undersigned counsel, and under Federal Rule of Civil Procedure 6, seeks a twenty-day extension of time to respond to the Complaint.

1.     This action sets forth facial and as-applied First Amendment challenges to the City's Land Development Code and Permitting Schemes. (See Doc. 1).

2.     The complaint raises two counts against the City for an allegedly unconstitutional restriction on Plaintiffs' freedom of speech.  (Doc. 1).

3.     Plaintiffs served the complaint on July 9, 2026.  The deadline to respond is July 30, 2026.

4.     Due to difficulties in communication inherent with the engagement of counsel, and in light of the complexity of this case, the City requires an additional twenty (20) days to adequately assess the Plaintiffs' factual allegations and evaluate the legal claims.

5.     The undersigned has conferred with opposing counsel, who does not oppose the relief requested in this motion.

6.     The extension of this deadline would not prejudice any party to this action.

WHEREFORE, Defendant respectfully requests an extension of twenty (20) days, up to and including August 19, 2026, to file a response to the Plaintiffs' Complaint and such other and further relief as the Court deems appropriate.

### **Memorandum of Law**

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time.

> (1) with or without motion or notice if the court acts or request is made, before the original time or its extension expires;

(2) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b) (2015).

This rule affords wide discretion to enlarge a time period established by the Rules of Civil Procedure or court order. *See Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967); *Yonofsky v. Wernick*, 362 F. Supp. 1005 (S.D.N.Y. 1973); *Graham v. Brier*, 418 F. Supp. 73 (S.D. Wis. 1976); Moore's Federal Practice §608 (2d.Ed 1984). Rule 6 should be applied liberally "to secure the just, speedy, and inexpensive determination of every action." District Courts also possess broad discretion to manage their cases. *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). This broad discretion encompasses the management of pre-trial activities. *Id.* (citing *Johnson v. Bd. of Regents of Univ. Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

Consistent with this framework, the Court should grant the City an extension of time to respond to the Complaint. Due in part to difficulties in communication inherent with the timing of the responsive deadline and engagement of counsel, the City has been unable to prepare the response as anticipated. Considering this and the complexity of the case, the City requires additional time in order to adequately assess the Complaint and analyze potential defenses to the claims. Defendant thus respectfully requests that

this Court enter an order granting an extension of twenty (20) days, up to and including August 19, 2026, in which to respond to the Complaint.

## RULE 3.01(g) CERTIFICATION

The undersigned counsel has contacted opposing counsel regarding this motion. Counsel for Plaintiffs does not object to the relief requested in this motion.

Respectfully submitted,

/s/ William Boltrek, III

William Boltrek, III
Colten Thomas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**WEBER, CRABB & WEIN, P.A.**
Timothy W. Weber, Esquire
Alyssa N. Gagnon, Esquire
5453 Central Avenue
St. Petersburg, FL 33710
Telephone (727) 828-9919
Facsimile  (727) 828-9924
timothy.weber@webercrabb.com
alyssa.gagnon@webercrabb.com
Secondary:
lisa.willis@webercrabb.com
*Counsel for Plaintiffs*

**HENDERSON, FRANKLIN,
STARNES & HOLT**
*Counsel for Defendant*
1715 Monroe St.
Fort Myers, Florida 33901
Telephone (239) 344-1299
Facsimile  (239) 344-1521
william.boltrek@henlaw.com
carolyn.dennison@henlaw.com
colten.thomas@henlaw.com

*/s/ William Boltrek, III*
William Boltrek, III, Esquire
Florida Bar No. 100901
Colten Thomas, Esquire
Florida Bar No. 1049934